RECEIVED
IN MONROE, LA
APR 1 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

UNITED STATES OF AMERICA

VERSUS

CHARLES GILES

CRIMINAL CASE NO. 3:02CR30015-01
JUDGE JAMES
MAG. JUDGE HAYES

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

___   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

✓   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Whether the district court erred by denying Petitioner's claim that his counsel was ineffective for failing to present a defense at trial that is recognized under the law.

Signed at Monroe, Louisiana, this 19 day of April, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE